PAUL B. MELTZER - #77425
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
511 Water Street
Santa Cruz, California 95060
Telephone: 831/426-6000

Attorney for Defendant, JOSHUA HEDLUND

**FILED**

OCT 2 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 06-CR-00346-DLJ-ALL |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| vs. ) | |
| JOSHUA HEDLUND, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between counsel that there exists good cause to continue the hearing in the matter of JOSHUA HEDLUND from October 13, 2006 at 9:00 a.m. to November 17, 2006 at 9:00a.m.

This continuance is requested due to the unavailability of counsel on October 13, 2006.

Therefore, it is respectfully requested that the current hearing on the date of October 13, 2006 at 9:00 a.m. be vacated and the matter be continued to November 17, 2006 at 9:00 a.m.

THE PARTIES SO STIPULATE.

Dated: October 13, 2006

UNITED STATES ATTORNEY'S OFFICE

GEORGE BEVIN, A.U.S.A.

Dated: October 13, 2006

LAW OFFICES OF PAUL B. MELTZER

PAUL B. MELTZER, Attorney for
Defendant, JOSHUA HEDLUND

Good cause shown, therefore, IT IS HEREBY ORDERED that the hearing set for October 13, 2006 at 9:00 a.m. be vacated and the matter be reset for November 17, 2006 at 9:00 a.m.

SO ORDERED.

Dated: October 23, 2006

HON. D. LOWELL JENSEN, DISTRICT JUDGE
UNITED STATES DISTRICT COURT