FILED
NOV 16 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  GEORGE L. BEVAN, JR. (CSBN 65207)
   Assistant United States Attorney
5
6  1301 Clay Street, Suite 340S
   Oakland, California 94612
7  Telephone: 510-637-3689

8  Attorneys for the United States of America

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12 | UNITED STATES OF AMERICA,        ) No. CR-06-00346-DLJ
   |                                  )
13 |         Plaintiff,                )
   |                                  )
14 |    v.                            ) STIPULATION AND ORDER
   |                                  ) CALENDARING DATE FOR
15 |                                  ) STATUS/SETTING
   | JOSHUA HEDLUND,                  )
16 |                                  )
   |         Defendant.                )
17

18     The United States and the defendant, through their respective counsel, jointly
19 stipulate and respectfully request the Court to calendar this matter for status/setting on
20 **Friday, December 22, 2006, at 9:00 a.m.** The defendant is not in custody.
21     The parties agree that exclusion of time under the Speedy Trial Act until that date
22 is in the interests of justice, given the ongoing discussions between the parties about a
23 settlement of this case and the need for effective representation.
24
25
26
27 Dated: 11/15/06                    _____
                                      GEORGE L. BEVAN JR.
28                                    United States Attorney

Dated: _____

PAUL B. MELTZER, ESQ.
Attorney for Defendant Joshua Hedlund

IT IS SO ORDERED.

Dated: 11-16-06

D. LOWELL JENSEN
United States District Judge

STIPULATION TO CALENDAR
FOR STATUS/SETTING                            2

Dated: NOV 15 '06

PAUL B. MELTZER, ESQ.
Attorney for Defendant Joshua Hedlund

IT IS SO ORDERED.

Dated: _____

D. LOWELL JENSEN
United States District Judge

STIPULATION TO CALENDAR
FOR STATUS/SETTING                              2

TOTAL P.03