UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. 06-CR-00346-DLJ-ALL |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JOSHUA HEDLUND | ) | |
| Defendant. | ) | |

GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that Defendant Joshua Hedlund is allowed to travel to the United States Virgin Islands, arriving on April 18, 2007 and returning May 2, 2007. While in the U.S. Virgin Islands, Mr. Hedlund shall stay at:

Caneel Bay
Route 20 Northshore Rd
Cruz Bay, St. John, U.S.V.I., 00831-0720
(340) 776-6111

IT IS SO ORDERED.



Dated: March 30, 2007

_____
Hon. Wayne D. Brazil, U.S. Magistrate
United States District Court
Northern District of California