1  RANDOLPH E. DAAR, SBN 88195
   506 Broadway
2  San Francisco CA 94133
   Phone: 415/986-5591
3  Fax: 415/421-1331

4  Attorney for JOSHUA HEDLUND

8              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
9                    OAKLAND DIVISION

11 UNITED STATES OF AMERICA,
                                   CR 06-346 DLJ
12         Plaintiff,
                                   STIPULATION AND [PROPOSED]
13    v.                           ORDER TO CONTINUE SENTENCING

14 JOSHUA HEDLUND, et al.          Date: May 16, 2008
                                   Time: 10:00 a.m.
15         Defendant.              Court: Judge Jensen
   _____/

17     The parties, plaintiff United States of America, and
18 defendant JOSHUA HEDLUND, through their respective attorneys,
19 hereby stipulate and agree that the judgment and sentencing
20 hearing in the above-entitled matter, presently scheduled for
21 May 16, 2008, shall be continued to June 20, 2008, at 10:00 a.m.
22     This continuance is based on the complexity of the
23 financial issues in this case.  The parties therefore jointly
24 agree to a continuance of Mr. Hedlund's sentencing.
25     The proposed Presentence Report shall be disclosed to
26 counsel no later than May 9, 2008.

1

1    For the foregoing reasons, the parties respectfully request
2 that the matter be continued from May 16, 2008 to June 20, 2008,
3 at 10:00 a.m.

4    Dated: April 11, 2008

                               /s/ RANDOLPH E. DAAR
                               RANDOLPH E. DAAR
                               Attorney for JOSHUA HEDLUND


                               /s/ KESLIE STEWART
                               Assistant U.S. Attorney


**ORDER**

   Pursuant to stipulation of the parties, and good cause appearing, the Court hereby adopts the parties' stipulation in its entirety as the Court's order.

   Dated: April 11, 2008

                               _____
                               D. LOWELL JENSON, Judge
                               United States District Court