1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KESLIE STEWART (CABN 184090)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637–3680
7     Facsimile: (510) 637-3724
      E-Mails:   Keslie.Stewart@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13  UNITED STATES OF AMERICA,      )   No. CR 06-00346 DLJ
                                   )
14       Plaintiff,                )
                                   )   STIPULATION AND ORDER TO
15       v.                        )   CONTINUE BRIEFING SCHEDULE AND
                                   )   HEARING
16  JOSHUA L. HEDLUND,             )
                                   )
17       Defendant.                )
                                   )
18

19       This matter is currently set for a hearing on August 1, 2008 regarding the impact of the

20  Supreme Court's recent decision in *United States v. Santos*. The government's opposition is due

21  July 18, 2008, and the defendant's reply is due July 25, 2008. Government counsel has a trial set

22  before the Honorable Judge Armstrong beginning the week of July 14, 2008, and defense

23  counsel is unavailable August 8, 2008. For these reasons, the parties stipulate and request a two

24  week continuance of the hearing and filing dates. The parties jointly stipulate and request that

25  the government's opposition be due August 1, 2008, the defendant's reply

26  ///

27  ///

28
STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING DATE
CR 06-00346 DLJ

1  be due August 8, 2008, and the hearing be continued to August 15, 2008.

3  **SO STIPULATED**.

4  Dated:  July 15, 2008

/s/
KESLIE STEWART
Assistant United States Attorney

6  Dated:  July 15, 2008

/s/
RANDOLPH DAAR
Attorney for Defendant Hedlund

9  **IT IS SO ORDERED.**

10 Dated:  July 21, 2008

D. LOWELL JENSEN
United States District Court