|  |  |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>           Plaintiff,            )<br>                                 )<br>      v.                         )<br>                                 )   No. CR-06-00346-DLJ<br> JOSHUA HEDLUND,                  )<br>                                 )   **ORDER**<br>           Defendant.            )<br> _____ ) | |

On February 4, 2008, Defendant Joshua Hedlund (Hedlund) pled guilty to one count of Use of Premises for the Purpose of Manufacturing Marijuana, in violation of 21 U.S.C. § 856(a)(1), and one count of Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(A)(1).  Subsequently, in June, the United States Supreme Court decided the case of <u>United States v. Santos</u>, __ U.S. __, 128 S.Ct. 2020 (2008), holding that the word "proceeds" in § 1956(a)(1)(A)(1) means "profits".  It is the tentative ruling of the Court that, pursuant to the <u>Santos</u> decision, the factual basis for Hedlund's plea is insufficient to support a finding of guilt for the crime of Money Laundering.  The Court's reasoning on this matter will be further explained in a future order.  As a result the Court orders the probation department to amend the Pre-sentence Report and remove the references to that offense as an offense of conviction in the Guideline and Sentencing calculations.

     IT IS SO ORDERED

Dated:    August 19, 2008

                                   _____
                                   D. Lowell Jensen
                                   United States District Judge

**United States District Court**
For the Northern District of California