JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KESLIE STEWART (CSBN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3709
   Facsimile: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR 06-00346 DLJ |
| Plaintiff, | ) ) | NOTICE OF DISMISSAL and **ORDER** |
| v. | ) ) | |
| JOSHUA L. HEDLUND, | ) ) | |
| Defendant. | ) ) | |

     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses without prejudice Count Two of the Superseding Information in the above captioned matter charging Joshua L. Hedlund with money laundering in violation of Title 18, United States Code, Section 1956.

DATED:                                      Respectfully submitted,

                                                  JOSEPH P. RUSSONIELLO
                                                  United States Attorney

                                                  _____
                                                      /s/
                                                  KESLIE STEWART
                                                  Assistant United States Attorney

     IT IS SO ORDERED.

Dated: September 3, 2008                           _____
                                                  D. LOWELL JENSEN
                                                  United States District Court