JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637–3680
   Facsimile: (510) 637-3724
   E-Mails:   Keslie.Stewart@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00346 DLJ |
|    Plaintiff, | |
| v. | STIPULATION AND **ORDER** TO CONTINUE BRIEFING SCHEDULE AND HEARING |
| JOSHUA L. HEDLUND, | |
|    Defendant. | |

      This matter is currently set for sentencing on September 19, 2008.  The United States recently dismissed Count Two of the Superseding Information charging defendant Joshua L. Hedlund with money laundering, in violation of 18 U.S.C. § 1956.  The parties intend to submit a revised plea agreement to the Court on September 19, 2008, excluding reference to the dismissed charge, in anticipation of a new plea colloquy.  The parties are also negotiating the possibility of some changes to the terms of the plea agreement and attempting to resolve factual disputes in the hopes of eliminating the need for a contested sentencing hearing.  For all of these reasons, the parties stipulate and request a two week continuance of the hearing and filing dates for sentencing memorandums.  The parties jointly stipulate and request that sentencing

STIPULATION AND [PROPOSED] ORDER
CONTINUING SENTENCING
CR 06-00346 DLJ

memorandums be due on September 26, 2008, and that the sentencing hearing be continued **to October 3, 2008 at 10 a.m.**

**SO STIPULATED**.

Dated: September 16, 2008

      /s/
KESLIE STEWART
Assistant United States Attorney

Dated: September 16, 2008

      /s/
RANDOLPH DAAR
Attorney for Defendant Hedlund

**IT IS SO ORDERED.**

Dated:  September 17, 2008

D. LOWELL JENSEN
United States District Court

STIPULATION AND [PROPOSED] ORDER
CONTINUING SENTENCING
CR 06-00346 DLJ                              2