Chris P. Andrian, CSB #053073
ANDRIAN & GALLENSON
1100 Mendocino Avenue
Santa Rosa, California 95401
(707) 527-9381

Attorneys for Defendant
JOSHUA L. HEDLAND

**FILED**

FEB 27 2009

[...]RD W. WIEKING
[...] DISTRICT COURT
N[...]ERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00346 DLJ |
| Plaintiff, | STIPULATION AND [proposed] ORDER SETTING FORFEITURE AMOUNT |
| vs. | |
| JOSHUA L. HEDLUND, | |
| Defendant. | |

With reference to that Plea Agreement entered into on February 4, 2008;

THE PARTIES STIPULATE AND AGREE, subject to the Court's approval, as follows:

1. That Paragraph 10.f., Line 12, of the Plea Agreement presently provides that Defendant agreed to forfeit installment payments "*totaling no less than $311,000*" received from various sources as further described in paragraph 10.f.

2. That the Parties have met and conferred, and have agreed that the total amount to be forfeited pursuant to Paragraph 10.f. of the Plea Agreement shall be $411,000.

STIPULATION AND ORDER         1         CR 06-00346 DLJ

SO STIPULATED.

DATED: 2-26-09

JOSHUA L. HEDLUND
Defendant

DATED: 2-26-09

CHRIS P. ANDRIAN
Attorney for Defendant

DATED: 2/26/09

KESLIE STEWART
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the total amount to be forfeited pursuant to Paragraph 10.f. of that Plea Agreement dated February 4, 2008 shall be $411,000.

SO ORDERED.

DATED: 2-27-09

D. LOWELL JENSEN
UNITED STATES MAGISTRATE JUDGE