UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No.  CR 06-0346 DLJ** |
| ) | |
| Plaintiff, ) | **FINAL ORDER OF FORFEITURE** |
| ) | |
| v. ) | |
| ) | |
| JOSHUA L. HEDLUND, ) | |
| ) | |
| Defendant(s). ) | |
| _____ ) | |

On August 6, 2010, the Court entered a Preliminary Order of Forfeiture forfeiting the

following property, $110,422.74 in funds seized from Hedlund; $229,422.74 in United States

Currency recovered from 414 Lee St., Oakland, CA in July 2007; and a money judgment in the

amount of $411,000.00, pursuant to Title 21, United States Code, Section 853(a)(2).

The United States represents that it has complied with the publication and notice

requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the

United States, pursuant to Title 21, United States Code, Section 853(a)(2). All right, title, and

interest in said property is vested in the United States of America. The appropriate federal

agency

shall dispose of the forfeited property according to law.

Dated: December 2, 2010

_____
D. LOWELL JENSEN
United States District Judge