UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 06-0346 DLJ |
| Plaintiff, ) | |
| ) | **AMENDED FINAL ORDER OF FORFEITURE** |
| v. ) | |
| JOSHUA L. HEDLUND, ) | |
| Defendant(s). ) | |

On August 6, 2010, the Court entered a Preliminary Order of Forfeiture forfeiting the following property, $110,422.74 in funds seized from Hedlund; $229,760[1/] in United States Currency recovered from 414 Lee St., Oakland, CA in July 2007; and a money judgment in the amount of $411,000.00, pursuant to Title 21, United States Code, Section 853(a)(2).

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 21, United States Code, Section 853(a)(2). All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: December 7, 2010

_____
D. LOWELL JENSEN
United States District Judge

---

[1/]U.S. submits this Amended Proposed Final Order to correct the clerical error in the previous Final Order submitted on 11/18/2010. The amount should reflect $229,760 not $229,422.74.