LAURA ROBINSON
State Bar #135680
Law Office of Laura Robinson
6114 LaSalle Avenue, #216
Oakland, California 94611
Tel:  (510) 384-8563
Fax:  (510) 439-5314
Laurasrobinson@gmail.com

Counsel for Defendant Joshua Hedlund

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 06-346 DLJ |
| | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| Plaintiff, | ) | ORDER CONTINUING ID OF COUNSEL |
| | ) | COURT DATE |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| JOSHUA HEDLUND, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between counsel for Joshua Hedlund and the

Assistant United States Attorney Keslie Stewart, that the ID of counsel be continued from

February 5, 2013 to February 14, 2013 at 9:30 a.m. before the Magistrate Judge.  The reason for

the requested continuance is that Mr. Hedlund was ordered to be present for the ID of counsel on

February 14, 2013.  That date was moved by defense counsel to accommodate Ms. Robinson's

1

1  schedule.  However, Mr. Hedlund is unavailable to appear in court February 5, 2013.  Therefore,
2  we respectfully request that the ID of counsel be reset back to original date of February 14, 2013.
3
4  DATED: 2/4/13                              ___/s/_____
                                              LAURA ROBINSON
                                              Attorney for Joshua Hedlund
5
6  DATED: 2/4/13                              ___/s/_____
                                              KESLIE STEWART
                                              Assistant United States Attorney
7
8
9          I hereby attest that I have on file all holographed signatures for any signatures indicated
   by a conformed signature (/s/) within this e-filed document.
10
11
12
   / / /
13
14
   / /
15
16
17
18
19
20
21
22
23
24
25

# ~~[PROPOSED]~~ ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the February 5, 2013 ID of counsel date be vacated and is rescheduled for February 14, 2013, at 9:30 a.m..

SO ORDERED.

DATED: 2/4/13

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge