RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone:   510-763-9967
Facsimile:    510-272-0711
pollockesq@aol.com

Attorney for Defendant
JOSHUA HEDLUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

–ooo–

| UNITED STATES OF AMERICA, | CR. 06-00346-002-YGR |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE FOR PROBATION REVOCATION** |
| JOSHUA HEDLUND, | |
| Defendant. | |

Defendant Joshua Hedlund, by and through his counsel of record Randy Sue Pollock, and Assistant U.S. Attorney Keslie Stewart, hereby stipulate and agree that the date for the status conference in this case be continued from May 30, 2013 at 2 p.m. to June 27, 2013 at 2 p.m.

This continuance is at the request of defense counsel for the following reasons:

1.  As we advised this Court on April 11, 2013, an asset deposition was scheduled for and in fact held on May14, 2013.  Presently, Mr. Hedlund needs to provide further documentation to the government stemming from questions asked at the deposition;

/ / /

**Stipulation and [Proposed] Order
To Continue Status Conference for
Probation Revocation**

2. On May 15, 2013, Mr. Hedlund underwent non-elective surgery for a urinary problem that he has had for several years. He needs time to recuperate from this surgery;

3. Both counsel believed that the date of June 27th would give Mr. Hedlund sufficient time to provide missing documents, for the government to review them, and to determine what the next course of action will be in this case.

Date:   May 20, 2013

_____/s/_____
RANDY SUE POLLOCK
Counsel for Defendant
Joshua Hedlund

Date:   May 20, 2013

_____/s/_____
KESLIE STEWART
Assistant U.S. Attorney

SO ORDERED:

Date:   May 23, 2013

_____
HONORABLE YVONNE GONZALEZ ROGERS

**Stipulation and [Proposed] Order
To Continue Status Conference for
Probation Revocation**                                2